UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD ODEAN TOLL,

    Plaintiff,   Case No.  1:16-CV-705

v.   HON. PAUL L. MALONEY

COMMISSIONER OF SOCIAL
SECURITY

    Defendant,
_____/

## JUDGMENT

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Commissioner is directed to reevaluate her credibility determination.

Dated:  March 16, 2017        /s/ Paul L. Maloney
                                                         PAUL L. MALONEY
                                                         UNITED STATES DISTRICT JUDGE