UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD ODEAN TOLL,

    Plaintiff,

v.

    Case No.: 1:16-cv-705

    HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 17).  The Report and Recommendation was duly served on the parties.  No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that plaintiff's application for attorney fees pursuant to the Equal Access to Justice Act (ECF No. 16) is **GRANTED IN PART AND DENIED IN PART**.  Judgment shall enter in plaintiff's favor in the amount of $4,300.00.

Dated:  July 14, 2017

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge