UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD ODEAN TOLL,

      Plaintiff,

                                  Case No. 1:16-cv-705

v.

                                  HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant,
_____/

## **JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of plaintiff in the amount of $4,300.00.

Date:  July 14, 2017                                     /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District